SHANNY J. LEE Calif. Bar No. 2135999
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Karon Ziegler

**NOTE: CHANGES MADE BY THE COURT IN BOLD**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARON P. ZIEGLER,<br><br>PLAINTIFF,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>DEFENDANT. | No. 05:06-CV-00558 JWJ<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that Plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS and no/100's ($4,500.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.  **Furthermore, pursuant to the terms of the stipulation, plaintiff's Petition for Attorney's Fees is hereby WITHDRAWN.**

DATED: June 13, 2008                         _____/ S /_____
                                             JEFFREY W. JOHNSON
                                             United States Magistrate Judge

- 1